UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gary Anderson,

    Plaintiff,                                  Civil Action No. 19-11282

vs.                                              HON. BERNARD A. FRIEDMAN

Lieutenant Alexis Holmes,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On July 12, 2022, Mediator James Rashid informed the Court that the parties have reached a settlement agreement. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs, interest or attorney fees. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the parties' settlement agreement.

Dated:  September 29, 2022                    s/Bernard A. Friedman
           Detroit, Michigan                      Bernard A. Friedman
                                                    Senior United States District Judge